### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| APRIL GILLMORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>LOKEY AUTOMOTIVE GROUP, INC. d/b/a LOKEY VOLKSWAGEN,<br><br>*Defendant*. | Case No. 8:17-cv-2064-EAK-MAP |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff April Gillmore ("Plaintiff"), by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendant Lokey Automotive Group, Inc. d/b/a Lokey Volkswagen ("Defendant").

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant has not served an answer, a motion for summary judgment, or any other response in this action. Accordingly, this action may be dismissed without an Order of the Court.

\*                    \*                    \*

Respectfully Submitted,

**APRIL GILLMORE**, individually and on behalf of a Class of similarly situated individuals

Dated: November 14, 2017

By: /s/ Stefan Coleman
One of Plaintiff's Attorneys

Benjamin H. Richman*
Ari J. Scharg*
EDELSON PC
350 N. LaSalle, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
brichman@edelson.com
ascharg@edelson.com

Stefan Coleman
Florida Bar No. 0030188
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd., 28th floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946
law@stefancoleman.com

*Attorneys for Plaintiff and the Class*
*Pro Hac Vice admission sought*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

/s/ Stefan Coleman